JS - 6

# IN THE UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. REUBEN, | ) Case No.  CV 11-09448 SJO (PJWx) |
| | ) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

*///*

*///*

JUDGMENT

**JUDGMENT**

The Court having received and reviewed the Defendant's motion for summary judgment, as well as the attached Declarations and Exhibits, and the contents of the Court's file, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT** and that Plaintiff take nothing by his complaint and claim for refund of income taxes assessed by the Internal Revenue Service for Tax Year 2005.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED:January 15, 2013

_____
Judge S. James Otero
United States District Court Judge

2

JUDGMENT